**DRINKER BIDDLE & REATH LLP**
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for Defendant
BMW of North America, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------
                                          :
LINDSAY PEBODY,                           :   Civil Action No.
                                          :
      Plaintiff,                         :   Hon.
                                          :
      v.                                 :   **NOTICE OF APPEARANCE**
                                          :   (Document Filed Electronically)
BMW OF NORTH AMERICA, LLC,                :
JOHN DOES 1-10 and XYZ CORP. 1-10,        :
                                          :
      Defendants.                        :
                                          :
---------------------------------------------------------------

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant BMW of North America, LLC in this matter.  Please serve copies of all pleadings, notices, and other communications upon the undersigned.

                      DRINKER, BIDDLE & REATH LLP

                By:    <u>s/      Helen E. Tuttle</u>
                        Helen E. Tuttle
                        Attorneys for Defendant
                        BMW of North America, LLC

Dated:  August 31, 2011

FP01/ 6574751.1