**DRINKER BIDDLE & REATH LLP**
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
Attorneys for Defendant
BMW of North America, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSAY PEBODY, | Civil Action No. |
| Plaintiff, | Hon. |
| v. | **CERTIFICATION OF SERVICE** |
| | (Document Filed Electronically) |
| BMW OF NORTH AMERICA, LLC, JOHN DOES 1-10 and XYZ CORP. 1-10, | |
| Defendants. | |

Meredith R. Murphy, under the penalties of perjury states:

1. I am an associate with the firm of Drinker Biddle & Reath LLP, attorneys for Defendant BMW of North America, LLC in the above-referenced matter.

2. On August 31, 2011, I caused to be filed with Clerk of the Court, United States District Court for the District of New Jersey, via Electronic Filing, the following documents:

    a. Notice of Removal;

    b. Civil Cover Sheet;

    c. Rule 7.1 Statement;

    d. Notice of Appearance of Helen E. Tuttle;

    e. Notice of Appearance of Meredith R. Murphy; and

   f. Certification of Service

3. On August 31, 2011, a copy of the above documents were served by overnight mail upon:

> Clerk of the Court
> New Jersey Superior Court, Bergen County
> 10 Main Street
> Hackensack, New Jersey 07601
>
> Jennifer M. Perez
> Clerk of the Superior Court of New Jersey
> Hughes Justice Complex
> 25 West Market Street
> Trenton, New Jersey 08625
>
> Ty Hyderally, Esq.
> Omar Lopez, Esq.
> Hyderally & Associates, P.C.
> 33 Plymouth Street, Suite 202
> Montclair, NJ 07042
> Attorneys for Lindsay Pebody

The foregoing statements made by me are true. I am aware that if these statements are willfully false, I am subject to punishment.

            s/ Meredith R. Murphy
            Meredith R. Murphy

Dated: August 31, 2011